**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  September 12, 2012 | Deputy Clerk: Bernique Abiakam
Court Reporter: Tracy Weir

Civil Action No.: 12-cv-00265-JLK

RAGS OVER THE ARKANSAS RIVER, INC., | Michael R. Harris

    Plaintiff,

v.

THE BUREAU OF LAND MANAGEMENT, et al., | Lori Jean Potter
Kristofor R. Swanson

    Defendants.

**COURTROOM MINUTES**

**Motions Hearing**

**10:03 a.m.   Court in session.**

Court calls case.  Appearances of counsel.  Also present, Jim Fogg and Koley Borchard.

Argument regarding Doc. No. 21.

Preliminary remarks by the Court.

Statement by Ms. Potter.

Statement by Mr. Harris.

Comments and ruling by the Court.

**ORDERED:   Over The River Corporation's Unopposed Motion To Intervene (Filed 8/28/12; Doc. No. 21) is GRANTED.**

Further discussion regarding the case and the Court's Amended Order (Filed 8/13/12; Doc. No. 20).

**10:16 a.m.   Court in recess.**
Hearing concluded.
Time in court - 13 minutes.