IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00265-JLK

RAGS OVER THE ARKANSAS RIVER, INC.,

    Petitioner,

v.

THE BUREAU OF LAND MANAGEMENT; KEITH E. BERGER, in this official capacity as Field Manager for the Royal Gorge Field Office of the Bureau of Land Management; LEAH QUESENBERRY, in her official capacity as Acting District Manager for the Front Range District of the Bureau of Land Management;[1] HELEN HANKINS, in her official capacity as Colorado State Director of the Bureau of Land Management; and KENNETH SALAZAR, in his official capacity as Secretary of the Department of the Interior,

    Respondent,

and

OVER THE RIVER CORPORATION

    Respondent-Intervenor

**ORDER DENYING DOC. 41, MOTION TO BIFURCATE PETITIONER'S FIRST, SECOND AND THIRD CAUSES OF ACTION**

Kane, J.

On October 1, 2013, Petitioner Rags Over the Arkansas River, Inc. ("ROAR") filed two motions: Doc. 40, an Unopposed Motion to Modify the JCMP; and Doc. 41, a Motion to Bifurcate Petitioner's First, Second, and Third Causes of Action.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Ms. Quesenberry is substituted for Greg Shoop.

Good cause appearing, Doc. 40 is GRANTED and an Amended JCMP will be entered contemporaneously with this Order.

I am not persuaded that good cause lies to grant the other pending motion, however, and I DENY Petitioner's Motion to Bifurcate, Doc. 41.  Petitioner's argument at page 8 of its Motion that the first three claims "will not require the Court to wade into the 'arbitrary and capricious' standard, as will certainly be required to resolve claims 4, 5 and 6," does not square with its own allegations in the First Amended Petition stating that Respondents acted "arbitrarily, capriciously, and otherwise not in accordance with law" with respect to *each* of the 6 causes of action listed.

Accordingly, Doc. 40 is GRANTED and Doc. 41 is DENIED.

DATED:	October 2, 2013			BY THE COURT:

							*s/John L. Kane*
							John L. Kane, U.S. Senior District Judge