**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-0265-WJM

RAGS OVER THE ARKANSAS RIVER, INC.,

    Petitioner,

v.

BUREAU OF LAND MANAGEMENT, an agency of the United States,
THE DEPARTMENT OF THE INTERIOR, an agency of the United States,
KEITH E. BERGER, in his official capacity as Field Manager for the Royal Gorge Field Office of the Bureau of Land Management,
THOMAS HEINLEIN, in his official capacity as District Manager for the Front Range District of the Bureau of Land Management,
HELEN HANKINS, in her official capacity as Colorado State Director of the Bureau of Land Management, and
SALLY JEWELL, in her official capacity as the Secretary of the Department of the Interior,

    Respondents,

and

OVER THE RIVER CORPORATION,

    Intervenor-Respondent.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a); all previous Orders entered in this case, and the Order Affirming Agency Decision, entered by the Honorable William J. Martínez, United States District Judge on January 2, 2015,

    IT IS ORDERED that BLM's approval of the Project is AFFIRMED.

Dated at Denver, Colorado this 8th day of January, 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk